433 A.2d 103

Commonwealth v. Stephany, Appellant.

Submitted June 13, 1980. Ronald R. Pellish, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.